# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> **MIGUEL ANGEL GUERRERO** | ) <br> ) <br> ) Case No. 2:17-mj-00507-JTR <br> ) <br> ) <br> ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 1 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the 30th day of November 2017, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Possession with Intent to Deliver 50 Grams or More of Actual (Pure) Methamphetamine |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature
TFO Michael D. Bahr, Drug Enforcement Administration
_____
Printed name and title

☑ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 12-1-17

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge
_____
Printed name and title

City and state:  Spokane, Washington

P40306jm.SLA